L. Anthony George
BRYAN CAVE LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Telephone: (303) 861-7000
Fax: (303) 866-0200
Email: anthony.george@bryancave.com
[Admitted *Pro Hac Vice*]

J. William Ebert
Angela T. Nakamura Ochoa
LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Fax: (702) 382-1512
Email: bebert@lipsonneilson.com
 aochoa@lipsonneilson.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEO B. MARCHETTI, | Case No.: 2:15-cv-02102-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS** |
| vs. | |
| MARIGOLD MINING COMPANY, | |
| Defendant. | |

Plaintiff Leo B. Marchetti and Defendant Marigold Mining Company, by and through their respective counsel, hereby stipulate to the dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorney fees.

Respectfully submitted this 8th day of March, 2016.

1

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| */s/Guinness Ohazuruike* | */s/ L. Anthony George* |
| Guinness Ohazuruike, Esq. | L. Anthony George, Esq. |
| Guinness Law Firm | [Admitted *Pro Hac Vice*] |
| 6845 W. Charleston Blvd. #A | Bryan Cave LLP |
| Las Vegas, NV 89117 | 1700 Lincoln Street, Suite 4100 |
| Tel: (702) 473-9300 | Denver, CO 80203 |
| Fax: (702) 920-8112 | Tel: (303) 861-7000 |
| guinnesslaw@yahoo.com | Fax: (303) 866-0200 |
|  | anthony.george@bryancave.com |
| *Attorneys for Plaintiff* | - and - |
|  | J. William Ebert |
|  | Angela T. Nakamura Ochoa |
|  | Lipson, Neilson, Cole, Seltzer, Garin, P.C. |
|  | 9900 Covington Cross Drive, Suite 120 |
|  | Las Vegas, NV 89144 |
|  | Telephone:  (702) 382-1500 |
|  | *Attorneys for Defendant* |

## **ORDER**

Upon the stipulation of the parties, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated:   March 15, 2016.